IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| STANDARD PROCESS INC., | : |
| | : Case No: 3:21-cv-00062 |
| Plaintiff, | : |
| | : |
| v. | : **ORDER ON PLAINTIFF'S MOTION** |
| | : **FOR LEAVE TO EFFECT SERVICE ON** |
| JOSEPH SCANNELLA, et al. | : **DEFENDANS BY EMAIL, AMAZON** |
| | : **MESSAGING SYSTEM, AND BY** |
| Defendants. | : **REGULAR MAIL** |
| | : |

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO EFFECT SERVICE ON DEFENDANTS BY EMAIL, AMAZON MESSAGING SYSTEM, AND BY REGULAR MAIL**

The Motion for Leave to Effect Service on Defendants By Email, Amazon Messaging System, and By Regular Mail by Plaintiff Standard Process Inc. ("Standard Process" or "Plaintiff") is granted.

In lieu of personal service, Plaintiff shall serve Defendants Jaime Rodriguez ("Rodriguez"), Princess Travel of Staten Island Inc. ("Princess"); Pure Fight 4U LLC ("Pure Fight") and GLS E-Commerce Corp. ("GLS") with the summons and complaint through the following methods:

(1) For GLS, by electronic message through the Amazon messaging system to the "VitaminLand" storefront at MerchantID A35CW4TPUEXBLC, through GLS officer Joseph Scannella's email addresses joeyscannella2@gmail.com and jsscannella@gmail.com, and via regular mail to 2744 Hylan Blvd., Suite 242, Staten Island, NY, 10306;

(2) For Rodriguez and Pure Fight, by electronic message through the Amazon messaging system to the "PureFight 4U LLC" storefront at MerchantID ARY10NE2LEQXN; by electronic message through Rodriguez's email address, jaimebrook6@gmail.com; and via regular mail to 2167 Bedford Ave., Suite 3L, Brooklyn, New York, 11226;

(3) For Princess, by electronic message through the Amazon messaging system to the "Love Juliana" storefront at MerchantID A2J4CUJ7H0XBH2; by electronic message through Princess's email address, sal@princesstravel.com; and via regular mail to 289 Seaview Ave., Staten Island, NY, 10305.

SO ORDERED ON 4-22-21.

STEPHEN L. CROCKER
MAGISTRATE JUDGE